IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NOS. 5:88-CR-40-1BO,
5:16-CV-549-BO

| | | |
|---|---|---|
| CREADELL HUBBARD, | ) | |
| | ) | |
| Movant, | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court on the motion (DE 18) of Movant Creadell Hubbard to seal his Presentence Report (DE 17). Having considered the motion and other matters of record, the Court finds that sealing is required by Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the _1_ day of ~~October~~ *November*, 2016.

Terrence W. Boyle
United States District Judge