IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:88-CR-40-BO-1
No. 5:16-CV-549-BO

| | |
|---|---|
| CREADELL HUBBARD, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the motion of Respondent, it is hereby ORDERED that the abeyance order entered on August 9, 2016, is hereby LIFTED. It is further ORDERED that this matter is placed in abeyance pending the issuance of the mandate in <u>United States v. Brown</u>, No. 16-7056 (4th Cir.).

This 7 day of January, 2018.

_____
TERRENCE W. BOYLE
United States District Judge